THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-mj-07011-MEH-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL J. PIAS,

    Defendant.

---

### ORDER TERMINATING PROBATION
### PRIOR TO ORIGINAL EXPIRATION DATE

---

On November 25, 2009, the probation officer submitted a request for Early Termination of Probation in this case. The United States Attorney's Office has been contacted regarding this matter and they do not oppose an early termination of probation.

**ORDERED** that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 30th day of November, 2009.

BY THE COURT:

_____
Michael E. Hegarty
United States Magistrate Judge